IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP CALDERON,

      Plaintiff,

  v.

GENERAL ELECTRIC COMPANY, et al.,

      Defendants.
_____/

No. C 05-05235 CW

ORDER TEMPORARILY STAYING ACTION

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.  If a decision has not been made ten days before the Case Management Conference scheduled for April 21, 2006, counsel shall notify the Court and submit a stipulation continuing the Case Management Conference for six months.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 1/24/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE