**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

**FILED**

MAR - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK'S OFFICE
OAKLAND ROOM 260S
TELEPHONE
(215) 597-7704

MICHAEL E. KUNZ
CLERK OF COURT

March 3, 2006

Richard W. Wieking, Clerk
U.S. District Court for the
Northern District of California
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

        IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION
                       MDL 875 Transfer Order; CTO 258

05-5235-CW

Dear Clerk:

      The enclosed Conditional Transfer Order is being sent to you regarding the involved action listed above. This case has been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

      Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

                                           Sincerely,

                                           MICHAEL E. KUNZ
                                           Clerk of Court

                                           Tom Dempsey
                                           MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY

FEB 2 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 10 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-258)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,313 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-3-06
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Page 1 of 2

## SCHEDULE CTO-258 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
  CAN 3  05-4945                     Fred Alexander, Jr., et al. v. Lockheed Martin Corp., et al.
  CAN 3  05-4946                     Judy Oxford, et al.v. General Electric Co., et al.
  CAN 3  05-4947                     Milton Bartholomew v. General Electric Co., et al.
  CAN 3  05-4998                     Albert Rice v. General Electric Co.
  CAN 4  05-5235                     Philip Calderon v. General Electric Co.

FLORIDA SOUTHERN
  FLS 1  05-22983                    Larry McWhorter, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22984                    Janice Cohen, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22985                    Leolande Brooks, etc. v. Pnemo Abex, LLC, et al.
  FLS 1  05-22986                    Mary F. Pearson, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22987                    Paul Fuhr, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22988                    Mary Townsend, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22989                    Marcia Vicario, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22990                    Charlotte Eoff, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22991                    Leslie Harris, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22992                    Cliff Trone, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22993                    George Arbagy, et al. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22995                    Homer Boyd, et al. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22996                    Sylvia Kraft, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22997                    Yvonna Violett, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22998                    Leila Hopkins, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-22999                    Adam Davis, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23000                    James Fulks, et al. v. Pneumo Abex, LLC., et al.
  FLS 1  05-23001                    Emily Gilyard, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23002                    Pauline Townsend, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23003                    Paul D'Eliseo, et al. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23004                    William Friday, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23005                    Connie S. Clarkston, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23006                    Frances Sobov, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23007                    Barbara Bruhn, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23008                    Julieta Slater, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23009                    Florence Paskell v. Pneumo Abex, LLC, et al.
  FLS 1  05-23010                    Gary McLean, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23011                    Phyllis Lustgarten, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23012                    Elsie Miklos, etc. v. Pneumo Abex, LLC, et al.
  FLS 1  05-23013                    Patricia Fultz, etc. v. Bennett Auto Supply, et al.

ILLINOIS SOUTHERN
  ~~ILS 3  05-551~~                  ~~Kim Thorp v. Illinois Central Railroad~~ Opposed 2/28/06
  ~~ILS 3  05-666~~                  ~~Dennis Montague v. Illinois Central Railroad~~ Opposed 2/28/06
  ~~ILS 3  05-677~~                  ~~Brian Ritchie v. Illinois Central Railroad~~ Opposed 2/28/06
  ~~ILS 3  05-686~~                  ~~Karl E. Drake v. Illinois Central Railroad~~ Opposed 2/28/06

SCHEDULE CTO-258 - TAG-ALONG ACTIONS - MDL-875                    Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE 2 05-48 | Anthony I. Selby, et al. v. Albany International Corp., et al. |
| NCE 2 05-53 | Thomas N. Alexander, Sr., et al. v. Albany International Corp., et al. |
| NCE 4 05-157 | Robert R. Equils, Sr., et al. v. Albany International Corp., et al. |
| NCE 4 05-158 | Charles Douglas Brown, et al. v. Albany International Corp., et al. |
| NCE 4 05-165 | Gennis E. Brickhouse, Sr. v. Aqua-Chem, Inc., et al. |
| NCE 7 05-200 | Minnie O. Williams, etc. v. Airco, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-360 | John A. Tibbs, et al. v. Airco, Inc., et al. |
| NCW 1 05-364 | Bobby A. Shaver v. Airco, Inc., et al. |
| NCW 1 05-368 | David Lynn McLean, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-372 | Gerald A. Bostic, et al. v. Aqua-Chem, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 05-3760 | Peter Konopatski, Jr., et al. v. AGCO Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-5815 | Margaret Helen Lewallen, et al. v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | |
| SC 0 06-65 | Joe Henry Garris, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-73 | Frank Ervin Smith, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 05-2132 | Charles F. Spence, Jr., et al. v. Owens-Illinois, Inc., et al. |
| SC 2 06-7 | Lewis Brown, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 06-11 | Carl Franklin Cantrell, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 06-77 | Billy A. Johnson, et al. v. Aventis CropScience USA, Inc., et al. |
| SC 7 06-59 | Buddy Wayne Price, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-63 | Cleve K. Hambright, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-64 | Winfred Jolley v. Aqua-Chem, Inc., et al. |
| SC 7 06-66 | Ricky H. Ruppe, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-78 | Stanley L. Aultman, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-79 | William T. Harvell, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-114 | Robert David Acker v. Aqua-Chem, Inc., et al. |
| SC 8 06-115 | James Mark Osborne, Jr. v. Aqua-Chem, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-874 | Coleman Brown Pennington v. Kimberly-Clark Corp., et al. |
| TXE 1 05-879 | Claude Chester Brannon v. Kimberly-Clark Corp., et al. |
| TXE 1 05-880 | Irby Walter Patterson v. Kimberly-Clark Corp., et al. |
| TXE 1 05-881 | Charles Donald Parker v. Kimberly-Clark Corp., et al. |
| TXE 1 05-883 | Daryl Delane Burgess v. Kimberly-Clark Corp., et al. |
| TXE 1 05-884 | Earl Leedue Duckett v. Kimberly-Clark Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1974 | Lydia James, etc. v. General Electric Co., et al. |
| ~~WAW 2 05-2144~~ | ~~Priscilla Alix, etc. v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/27/06 |
| ~~WAW 2 05-2145~~ | ~~Lewis A. Seymour v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/27/06 |