IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP CALDERON,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY,

    Defendant.

No. C 05-05235 CW

ORDER

The above-captioned case, having been transferred to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceeding pursuant 28 U.S.C. § 1407, in conjunction with MDL 875, <u>In re Asbestos products Liability Litigation</u>,

IT IS HEREBY ORDERED that:

1. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 3/16/06

*/s/ Claudia Wilken*

CLAUDIA WILKEN
United States District Judge